## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| In re:<br><br>TIGHT ENDS SPORTS BAR & GRILL, LLC,<br><br>Debtor. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 23-42104-EB<br><br>Chapter 11-TXEB |
| SALT & PEPPER RESTAURANTS LLC,<br><br>Plaintiff,<br><br>v.<br><br>TIGHT ENDS SPORTS BAR & GRILL, LLC<br>and TIMOTHY DUNGAN,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Adv. No. 23-03245 |

## MOTION TO REMAND PURSUANT TO 28 U.S.C § 1452; MOTION FOR MANDATORY ABSTENTION UNDER 28 U.S.C. § 1334(c)(2); OR, IN THE ALTERNATIVE, MOTION FOR PERMISSIVE ABSTENTION UNDER 28 U.S.C. § 1334(c)(1)

THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.

For the reasons set forth in the concurrently filed brief in support of this Motion, Plaintiff

Salt & Pepper Restaurants LLC (the "Plaintiff") respectfully requests that the Court remand this

4884-6164-8529

adversary proceeding to state court pursuant to 28 U.S.C. § 1452.  Plaintiff also requests that the

Court mandatorily abstain from hearing this adversary proceeding pursuant to 28 U.S.C. §

1334(c)(2), or in the alternative, abstain from hearing this adversary proceeding either in whole or

in part under 28 U.S.C. § 1334(c)(1).  Plaintiff requests this adversary proceeding be remanded in

its entirety to the 56th Judicial District Court of Galveston County, Texas, Cause No. 22-cv-0675,

styled *Salt & Pepper Restaurants LLC vs. Tight Ends Sports Bar & Grill, LLC and Timothy*

*Dungan vs BankSouth.*

      Respectfully submitted this 4th day of December, 2023.

**GRAY REED**

By:  */s/ Micheal W. Bishop*
     Micheal W. Bishop
     Texas Bar No. 02354860
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone:   (214) 954-4135
Facsimile:    (214) 953-1332
Email:    mbishop@grayreed.com

-and-

     Preston T. Kamin
     Texas Bar No. 24062817
1300 Post Oak Blvd., Suite 2000
Houston, Texas 77056
Telephone:   (713) 986-7000
Facsimile:    (713) 986-7100
Email:    pkamin@grayreed.com

*Counsel to Salt & Pepper Restaurants LLC*

2

4884-6164-8529

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on December 4, 2023, a true and correct copy of the foregoing document was served via the Court's CM/ECF filing system upon those parties who have so-subscribed, and upon the following persons via electronic mail and U.S. First Class Mail, Postage Pre-Paid (unless otherwise indicated.)

Scott Seidel
Sub V Chapter Trustee
6505 West Park Blvd., Suite 306
Plano, Texas 75093
scott@scottseidel.com

John M. Vardeman
UST Office
110 N. College Avenue, Suite 300
Tyler, Texas 75702
john.m.vardeman@usdoj,gov

Jeff Carruth
Weycer, Kaplan, Pulaski & Zuber, P.C.
2608 Hibernia, Suite 105
Dallas, Texas 75024
jcarruth@wkpz.com

(Via US first class mail, postage pre-paid)
Timothy Dungan
5584 State Highway 121
Plano, Texas 75024

 */s/ Micheal W. Bishop*
Micheal W. Bishop

4884-6164-8529