**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § § § | |
| | § | Case No. 23-42104-EB |
| TIGHT ENDS SPORTS BAR & GRILL, LLC, | § § | |
| | § | Chapter 11-TXEB |
| Debtor. | § § | |
| | § | |
| SALT & PEPPER RESTAURANTS LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Adv. No. 23-03245 |
| TIGHT ENDS SPORTS BAR & GRILL, LLC and TIMOTHY DUNGAN, | § § § § | |
| Defendants. | § § | |

## ORDER REMANDING ADVERSARY PROCEEDING

Upon the motion (the "Motion")[1] of Salt & Pepper Restaurants LLC for entry of an order abstaining from adjudicating and remanding the underlying action styled *Salt & Pepper Restaurants LLC vs. Tight Ends Sports Bar & Grill, LLC and Timothy Dungan vs BankSouth*, to the 56th Judicial District Court of Galveston County, Texas, Cause No. 22-cv-0675; and this Court having found that permissive abstention or equitable remand is warranted pursuant to 28 U.S.C. § 1334(c)(1) or 28 U.S.C. § 1452(b); and due and proper notice of the Motion having been provided; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion and all objections to the Motion; and upon any hearing held on the Motion; and this Court having determined that the legal and factual bases set forth in the Motion and at any hearing held on the

---
[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Motion establish cause for the relief sought by the Motion; and after due deliberation, it is HEREBY ORDERED THAT:

1. The Motion is granted;

2. This Court abstains from adjudication of the above-captioned adversary proceeding;

3. The underlying action styled *Salt & Pepper Restaurants LLC vs. Tight Ends Sports Bar & Grill, LLC and Timothy Dungan vs BankSouth*, Cause No. 22-cv-0675, is remanded to the 56th Judicial District Court, Galveston County, Texas.

4. The Parties to the State Court Action are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

Dated _____, 2023:

_____
Marvin Isgur
United States Bankruptcy Judge

4884-6645-1860