United States Bankruptcy Court
Southern District of Texas
**ENTERED**
December 18, 2023
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO: 23-42104-EB** |
| TIGHT ENDS SPORTS BAR & GRILL, INC., | § | |
| | § | **CHAPTER 11-TXEB** |
| Debtor. | § | |
| | § | |
| SALT & PEPPER RESTAURANTS, INC. | § | |
| | § | |
| vs. | § | **ADVERSARY NO. 23-03245** |
| | § | |
| TIGHT ENDS SPORTS BAR & GRILL, INC. and TIMOTHY DUNGAN, | § | |
| | § | |
| Defendants. | § | |

**STIPULATION AND AGREED ORDER TO TRANSFER VENUE, CANCEL DECEMBER 20, 2023 HEARING, AND TO EXTEND THE DEADLINE TO RESPOND TO THE MOTION TO REMAND (RE: DOCKET NOS. 3, 5, 8, 12)**

On this day came on for consideration the *Joint Motion to Enter Stipulation and Agreed Order to Transfer Venue, Cancel December 20, 2023 Hearing, and to Extend the Deadline to Respond to the Motion to Remand* (Adv. Docket No.12) (the "Motion") filed jointly herein on December 18, 2023 by the Plaintiff and the Defendants. In light of the agreement of the parties as evidenced by respective signatures of counsel for the represented parties and by each pro se party appearing below, the Court is of the opinion that the following Stipulation and Agreed Order should be entered.

**IT IS THEREFORE ORDERED THAT.**

1. The Motion is granted as set forth herein.

2. All capitalized terms shall have the same meaning as ascribed to such terms in the Motion, unless otherwise defined herein.

3. The Order of the Court constitutes the stipulation and agreement of the parties.

---

**STIPULATION AND AGREED ORDER TO TRANSFER VENUE, CANCEL DECEMBER 20, 2023 HEARING, AND TO EXTEND THE DEADLINE TO RESPOND TO THE MOTION TO REMAND — Page 1**

4. Venue of this action is hereby transferred to the United States Bankruptcy Court for the Eastern District of Texas, Sherman Division

5. The deadline for Defendants to respond to the Motion to Remand (Adv. Docket. 5) is **January 15, 2024**.

6. The hearings in this Court set for December 20, 2023 (Adv. Docket Nos. 3, 8) are cancelled.

Signed: December 18, 2023

Jeffrey P. Norman
United States Bankruptcy Judge

Submitted by:

Jeff Carruth (TX SBN: 24001846)
**WEYCER, KAPLAN, PULASKI & ZUBER, P.C.**
24 Greenway Plaza, Suite 2050
Houston, Texas 77046
Telephone: (713) 341-1158
Fax: (713) 961-5341
E-mail: jcarruth@wkpz.com

PROPOSED ATTORNEYS FOR
TIGHT ENDS SPORTS BAR & GRILL, INC.
DEFENDANT AND DEBTOR IN POSSESSION

*{continued on following sheet}*

**AGREED:**

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.
By:    */s/ Jeff Carruth*
    JEFF CARRUTH (TX SBN: 24001846)
    24 Greenway Plaza, Suite 2050
    Houston, TX 77046
    Telephone: (713) 341-1158
    Fax: (713) 961-5341
    E-mail:  jcarruth@wkpz.com

PROPOSED ATTORNEYS FOR
TIGHT ENDS SPORTS BAR & GRILL, INC.
DEFENDANT AND DEBTOR IN POSSESSION

**GRAY REED**

By:    */s/ Micheal W. Bishop*
    Micheal W. Bishop
    Texas Bar No. 02354860
    1601 Elm Street, Suite 4600
    Dallas, Texas 75201
    Telephone: (214) 954-4135
    Facsimile: (214) 953-1332
    Email: mbishop@grayreed.com
    -and-
    Preston T. Kamin
    Texas Bar No. 24062817
    1300 Post Oak Blvd., Suite 2000
    Houston, Texas 77056
    Telephone: (713) 986-7000
    Facsimile: (713) 986-7100
    Email: pkamin@grayreed.com

COUNSEL TO SALT & PEPPER RESTAURANTS LLC



By:    */s/ Timothy Dungan*
        Timothy Dungan, Pro Se



*\* signature by permission by Jeff Carruth*

---

**STIPULATION AND AGREED ORDER TO TRANSFER VENUE, CANCEL DECEMBER 20, 2023 HEARING, AND TO EXTEND THE DEADLINE TO RESPOND TO THE MOTION TO REMAND — Page 3**
motion stip venue 4864-5563-8678 v.3.docx [3]/4875-0853-3655, v. 2