**TRANSOUT**

# U.S. Bankruptcy Court
# Southern District of Texas (Galveston)
# Adversary Proceeding #: 23−03245

*Assigned to:* Bankruptcy Judge Jeffrey P Norman  
*Demand:* $300000  
    *Nature[s] of Suit:*  02 Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)  
                                  01 Determination of removed claim or cause

*Date Filed:* 11/08/23  
*Date Removed From State:* 11/08/23

*Plaintiff*
-----------------------
**Salt & Pepper Restaurants, Inc.,** *Plaintiff*  
c/o Preston T Kamin  
Gray Reed  
1300 Post Oak Blvd, #2000  
Houston, TX 77008−8000

represented by **Micheal W Bishop**  
Gray Reed & McGraw LLP  
4600 Thanksgiving Tower  
1601 Elm St  
Dallas, TX 75201  
(469) 320−6025  
Email: mbishop@grayreed.com

V.

*Defendant*
-----------------------
**Tight Ends Sports Bar & Grill, Inc.,** *Defendant*  
Houston

represented by **Jeffery Dayne Carruth**  
2608 Hibernia  
Ste 105  
Dallas, TX 75024  
713−341−1158  
Fax : 713−961−5341  
Email: jcarruth@wkpz.com  
*LEAD ATTORNEY*

*Defendant*
-----------------------
**Timothy Dungan,** *Defendant*  
1603 Wildfire Lane  
Frisco, TX 75033−7326

represented by **Timothy Dungan**  
PRO SE

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 11/08/2023 | | 1 | Nature of Suit: (02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(01 (Determination of removed claim or cause)) Notice of Removal Salt & Pepper Restaurants, Inc.. Fee Amount $350 (Attachments: # 1 Index Exhibit Index # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit # 9 Exhibit # 10 Exhibit # 11 Exhibit # 12 Exhibit # 13 Exhibit # 14 Exhibit # 15 Exhibit # 16 Exhibit # 17 Exhibit # 18 Exhibit # 19 Exhibit # 20 |

| | | | |
|---|---|---|---|
| | | | Exhibit # 21 Exhibit # 22 Exhibit # 23 Exhibit # 24 Exhibit # 25 Exhibit # 26 Exhibit # 27 Exhibit # 28 Exhibit # 29 Exhibit # 30 Exhibit # 31 Exhibit # 32 Exhibit # 33 Exhibit # 34 Exhibit # 35 Exhibit # 36 Exhibit # 37 Exhibit # 38 Exhibit # 39 Exhibit # 40 Exhibit # 41 Exhibit # 42 Exhibit # 43 Exhibit # 44 Exhibit # 45 Exhibit # 46 Exhibit # 47 Exhibit # 48 Exhibit # 49 Exhibit # 50 Exhibit # 51 Exhibit # 52 Exhibit # 53 Exhibit # 54 Exhibit # 55 Exhibit # 56 Exhibit # 57 Exhibit # 58 Exhibit # 59 Exhibit # 60 Exhibit # 61 Exhibit # 62 Exhibit # 63 Exhibit # 64 Exhibit # 65 Exhibit # 66 Exhibit # 67 Exhibit # 68 Exhibit # 69 Exhibit # 70 Exhibit # 71 Exhibit # 72 Exhibit # 73 Exhibit # 74 Exhibit # 75 Exhibit # 76 Exhibit # 77 Exhibit # 78 Exhibit # 79 Exhibit # 80 Exhibit # 81 Exhibit # 82 Exhibit # 83 Exhibit # 84 Exhibit # 85 Exhibit # 86 Exhibit # 87 Exhibit # 88 Exhibit # 89 Exhibit # 90 Exhibit # 91 Exhibit # 92 Exhibit # 93 Exhibit # 94 Exhibit # 95 Exhibit # 96 Exhibit # 97 Exhibit # 98 Exhibit # 99 Exhibit # 100 Exhibit # 101 Exhibit # 102 Exhibit # 103 Exhibit # 104 Exhibit # 105 Exhibit # 106 Exhibit) (Carruth, Jeffery) (Entered: 11/08/2023) |
| 11/08/2023 | | | Receipt of Notice of Removal( 23–03245) [cmp,ntcrmvl] ( 350.00) Filing Fee. Receipt number A24850957. Fee amount $ 350.00. (U.S. Treasury) (Entered: 11/08/2023) |
| 11/08/2023 | | 2 | Additional Attachments Re: *Notice of Removal − Adversary Proceeding Cover sheet* (related document(s):1 Notice of Removal) (Filed By Tight Ends Sports Bar & Grill, Inc. ).(Related document(s):1 Notice of Removal) (Carruth, Jeffery) (Entered: 11/08/2023) |
| 11/09/2023 | | 3 | Order to Show Cause Signed on 11/9/2023 (Related document(s):1 Notice of Removal) **Show Cause hearing to be held on 12/20/2023 at 11:00 AM at Houston, Courtroom 403 (JPN).** (MarioRios) (Entered: 11/09/2023) |
| 11/11/2023 | | 4 | BNC Certificate of Mailing. (Related document(s):3 Order to Show Cause) No. of Notices: 2. Notice Date 11/11/2023. (Admin.) (Entered: 11/12/2023) |
| 12/04/2023 | | 5 | Motion for Remand. Objections/Request for Hearing Due in 21 days. Filed by Plaintiff Salt & Pepper Restaurants, Inc. (Attachments: # 1 Proposed Order) (Bishop, Micheal) (Entered: 12/04/2023) |
| 12/04/2023 | | 6 | Brief (Filed By Salt & Pepper Restaurants, Inc. ).(Related document(s):5 Motion for Remand) (Bishop, Micheal) (Entered: 12/04/2023) |
| 12/04/2023 | | 7 | Statement *Pursuant to LBR 9027−3* (Filed By Salt & Pepper Restaurants, Inc. ).(Related document(s):1 Notice of Removal) (Bishop, Micheal) (Entered: 12/04/2023) |
| 12/05/2023 | | 8 | Order Setting Hearing Signed on 12/5/2023 (Related document(s):5 Motion for Remand) **Hearing scheduled for 12/20/2023 at 11:00 AM at Houston, Courtroom 403 (JPN).** (MarioRios) (Entered: 12/05/2023) |
| 12/05/2023 | | 9 | Certificate *of Service* (Filed By Salt & Pepper Restaurants, Inc. ).(Related document(s):8 Order Setting Hearing) (Bishop, Micheal) (Entered: 12/05/2023) |
| 12/07/2023 | | 10 | BNC Certificate of Mailing. (Related document(s):8 Order Setting Hearing) No. of Notices: 2. Notice Date 12/07/2023. (Admin.) (Entered: 12/07/2023) |

| | | | |
|---|---|---|---|
| 12/12/2023 | | 11 | Notice of Appearance and Request for Notice Filed by Jeffery Dayne Carruth Filed by on behalf of Tight Ends Sports Bar & Grill, Inc. (Carruth, Jeffery) (Entered: 12/12/2023) |
| 12/18/2023 | | 12 | Agreed Emergency Motion *JOINT MOTION TO ENTER STIPULATION AND AGREED ORDER TO TRANSFER VENUE, CANCEL DECEMBER 20, 2023 HEARING, AND TO EXTEND THE DEADLINE TO RESPOND TO MOTION TO REMAND*, Motion to Continue Hearing On (related document(s):3 Order to Show Cause, 5 Motion for Remand, 8 Order Setting Hearing)., Motion to Transfer Adversary To Another District. Objections/Request for Hearing Due in 21 days. Filed by Tight Ends Sports Bar & Grill, Inc. (Attachments: # 1 Proposed Order) (Carruth, Jeffery) (Entered: 12/18/2023) |
| 12/18/2023 | | 13 | Order Granting Emergency Motion To Continue/Reschedule Hearing and To Transfer Case To Another District. Response to 5 Motion to Remand due 1/15/24. (Related Doc # 12) Signed on 12/18/2023. (GabrielleClair) (Entered: 12/18/2023) |