Form ntchrgBKv2

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Bankruptcy Case No.: 23–04100
Chapter: 0
Judge: Brenda T. Rhoades

In Re:

Salt & Pepper Restaurants, Inc. et al v. Tight Ends Sports Bar & Grill, Inc. et al

## NOTICE OF COURT PROCEEDING

A hearing will be held on

*Tuesday, February 6, 2024*

at

*01:30 PM*

to consider and act upon document 5 − Motion for Remand. Objections/Request for Hearing Due in 21 days. Filed by Plaintiff Salt & Pepper Restaurants, Inc. (Attachments: # (1) Proposed Order) (Bishop, Micheal) [Transferred from Texas Southern on 12/18/2023.] filed as document number 5 .
The courtroom is located at Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074.

Dated: Tuesday, January 16, 2024

Jason K. McDonald
Clerk, U.S. Bankruptcy Court