Form ntchrgAD

## UNITED STATES BANKRUPTCY COURT
### Eastern District of Texas

Adversary Proceeding:  23–04100
Judge:  Brenda T. Rhoades

In Re:

Salt & Pepper Restaurants, Inc. et al v. Tight Ends Sports Bar & Grill, Inc. et al

## NOTICE OF COURT PROCEEDING

A hearing in reference to the Debtor's Motion to Vacate Order Granting Summary Judgment with Prejudice filed as document number 24 will be held on **Tuesday, April 23, 2024** at **10:00 AM**

The courtroom is located at Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074.

Dated: Tuesday, March 19, 2024

Jason K. McDonald
Clerk, U.S. Bankruptcy Court